[L. A. No. 17478. In Bank.—October 1, 1940.]

LELAND G. STANFORD, Petitioner, v. THE STATE BAR OF CALIFORNIA, Respondent.

Bertrand L. Comparet for Petitioner.

Philbrick McCoy, Fred E. Lindley, Frank Downer, Arthur F. H. Wright, Claude Minard and Philbrick McCoy for Respondent.

THE COURT.— This is a petition to review a recommendation of the Board of Governors of The State Bar that petitioner be disbarred. In prior proceedings an order of disbarment was made against petitioner, based upon different charges. This order of disbarment has become final. (See *Stanford* v. *The State Bar*, 15 Cal. (2d) 721 [104 Pac. (2d) 635].)

No useful purpose can be served by further consideration of this petition for review.

The proceeding for review is dismissed.